IN THE 42ND JUDICIAL CIRCUIT COURT
DENT COUNTY, MISSOURI

NATHAN G. WOODS,                          )
                                          )
            Plaintiff,                    )
      vs.                                 )        Case No.    24DE-AC-00321
                                          )
UNITED STATES POSTAL SERVICE,             )
                                          )
            Defendant.                    )

## NOTICE OF FILING NOTICE OF REMOVAL

To:    Kristi Craig
       Circuit Clerk
       Circuit Court of Dent County
       112 E. Fifth Street
       Salem, MO   65560


**PLEASE TAKE NOTICE** that on or about August 6, 2026, Defendant United States Postal Service, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Nicholas P. Llewellyn, Assistant United States Attorney for said District, filed in the Office of the Clerk of United States District Court for the Eastern District of Missouri, its Notice of Removal of the above action to the said United States District Court.   A copy of the Notice of Removal is attached hereto.

A copy of the Notice of Removal is being filed with the Circuit Clerk of Dent County, State of Missouri, pursuant to 28 U.S.C. § 1446(d).   Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal "shall effect the removal and the State court shall proceed no further unless and until the case is remanded."

˘1˘

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

_____
NICHOLAS P. LLEWELLYN   #43839 MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-7637
(314) 539-2287 FAX


I hereby certify that a copy of the Notice of Removal in the above-styled action has been

filed in the Circuit Court of Dent County, State of Missouri, this ___ day of August, 2026.


_____
Circuit Clerk


_____
Deputy Clerk

˘2˘